UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF MADERA; TYSON J. POGUE, Sheriff, individually and in his official capacity; DARIN MCMECHAN Undersheriff, individually and in his official capacity; BRIAN ESTEVES, Assistant Sheriff, individually and in his official capacity; and JOHN AND JANE DOES 1-10, Staff, individually and in their official capacities,<br><br>    Defendants. | Case No. 1:23-CV-00332-ADA-HBK<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MANDATORY SCHEDULING CONFERENCE<br><br>(Doc. No. 8) |

On May 19, 2023, the parties' filed a stipulated motion seeking to continue the June 8, 2023 Mandatory Scheduling Conference so the parties may continue their negotiations in an attempt to settle this case. (Doc. No. 8).   The Court finds good cause to grant the parties' stipulated motion.

ACCORDINGLY, it is **ORDERED**:

1    The parties stipulated motion to continue the June 8, 2023 Mandatory Scheduling Conference and related deadline to submit a Joint Scheduling Report (Doc. No. 8) is GRANTED.

2    The Court CONTINUES the telephonic Mandatory Scheduling Conference to **June 29, 2023, at 10:00 a.m.**  The parties shall file their Joint Scheduling Report **no later than June**

**22, 2023**.

3. The parties shall immediately file a notice of settlement should the parties settle this action. Local Rule 160(a) (E.D. Ca. March 2022).

Dated:   May 22, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE