SANFORD JAY ROSEN – 062566
ERNEST GALVAN – 196065
BENJAMIN BIEN-KAHN – 267933
MARC. J. SHINN-KRANTZ – 312968
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104

Attorneys for
HUMAN RIGHTS DEFENSE CENTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER, | Case No. 1:23-CV-00332-ADA-HBK |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | Judge:   Hon. Ana de Alba |
| COUNTY OF MADERA; TYSON J. POGUE, Sheriff, individually and in his official capacity; DARIN MCMECHAN Undersheriff, individually and in his official capacity; BRIAN ESTEVES, Assistant Sheriff, individually and in his official capacity; and JOHN AND JANE DOES 1-10, Staff, individually and in their official capacities, | |
| Defendant(s). | |

[4357414.1]

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE, pursuant to E.D. Cal. Local Rule 160(a), that the Plaintiff and all Defendants in this matter have reached a settlement on all claims and issues in this case, including the amount of Plaintiff's reasonable attorneys' fees and costs to secure the settlement.  The parties previously notified the Court that they reached a settlement on all claims and issues other than attorneys' fees and costs, including damages and a Stipulation and [Proposed] Consent Decree.  *See* Dkt. No. 16.  On August 25, 2023, the Court adopted and entered the Stipulation and Consent Decree and a Stipulated Scheduling Order with a briefing schedule for Plaintiff's potential motion for attorneys' fees and costs, and retained jurisdiction over this matter for the purposes of enforcement.  *See* Dkt. No. 18.  Pursuant to the Consent Decree, the parties agreed that Defendants shall pay Plaintiff the sum of thirty-thousand dollars ($30,000.00) for its damages.  The parties now also agree that Defendants shall pay Plaintiff the sum of one hundred seventy-seven thousand thirty-nine dollars and sixteen cents ($177,039.16) for its attorneys' fees and costs.

In light of the settlement, it will no longer be necessary for Plaintiff to file a motion for its attorneys' fees and costs.  The parties will finalize the remaining settlement dispositional document consisting of the release identified in the Consent Decree as soon as possible, and no later than November 1, 2023.  *See* Dkt. No. 19.

DATED:  September 13, 2023

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:  */s/ Benjamin Bien-Kahn*
     Benjamin Bien-Kahn

Attorneys for
HUMAN RIGHTS DEFENSE CENTER

[4357414.1]

1

Case No. 1:23-CV-00332-ADA-HBK

NOTICE OF SETTLEMENT

| | | |
|---|---|---|
| 1 | DATED: September 13, 2023 | Respectfully submitted, |
| 2 | | LOZANO SMITH |
| 3 | | |
| 4 | | By: */s/ Lance S. Gams*<br>*(as authorized on September 13, 2023)* |
| 5 | | Lance S. Gams |
| 6 | | Attorneys for Defendants |