1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER, | No.  1:23-cv-00332-ADA-HBK |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S ATTORNEYS' FEES AND COSTS |
| v. | (ECF No. 20) |
| COUNTY OF MADERA, et al., | |
| Defendants. | |

On July 20, 2023, Plaintiff Human Rights Defense Center and Defendants County of Madera, Sheriff Tyson J. Pogue, Undersheriff Darin McMechan, and Assistant Sheriff Brian Esteves filed a stipulation and consent decree, (ECF No. 14), and a stipulation and scheduling order regarding reasonable attorneys' fees and costs, (ECF No. 15), (collectively, the "Stipulations"). The parties agreed that, for the purposes of Plaintiff's attorneys' fees and costs, Plaintiff was the prevailing party and would be entitled to receive attorneys' fees and costs.  (ECF No. 14 at 2.)  On August 25, 2023, the Court granted the Stipulations.  (ECF Nos. 18, 19.)  Rather than litigate reasonable attorney's fees and costs, the parties filed a Notice of Settlement on September 13, 2023. (ECF No. 20.)  Therein, the parties agreed that Defendants will pay Plaintiff's attorneys' fees and costs in the sum of $177,039.16.  (*Id.* at 2.)

///

1

Accordingly,

1.   Defendant shall pay Plaintiff's reasonable attorneys' fees and costs in the amount of $177,039.16; and

2.   The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    November 2, 2023   

_____

UNITED STATES DISTRICT JUDGE